Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

IN RE SHEIKHA LATEEFAH ALSABAH v. _____

No. 15-1264

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se      [✓] As counsel for:   Sheikha Lateefah AlSabah
                                      Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[✓] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: David E. Dougherty
Law firm: Lowe Hauptman & Ham, LLP
Address: 2318 Mill Road, Suite 1400
City, State and ZIP: Alexandria, Virginia 22314
Telephone: 703-684-1111
Fax #: 703-518-5499
E-mail address: ddougherty@ipfirm.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1982

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

January 26, 2015                    /s/ David E. Dougherty
Date                                Signature of pro se or counsel

cc: Solicitor's Office, USPTO

123

## CERTIFICATE OF SERVICE

I certify that I refiled this Entry of Appearance for David E. Dougherty with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this 28th day of January, 2015

  by: First Class Mail

By: _/s/ David E. Dougherty_            Dated: January 28, 2015

David E. Dougherty

Lowe Hauptman & Ham, LLP
2318 Mill Road, Suite 1400
Alexandria, VA 22314
Tel: 703-684-1111
Fax: 703-518-5499
Email: ddougherty@ipfirm.com
*Counsel for Appellant Sheikha Lateefah AlSabah*